**FILED**
**CLERK**

4/14/2016 3:24 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

PAMELA M. GRAY,

                 Plaintiff,

     -against-

BONNIE COHEN, JACQUES HUME,
VIVIAN BONE, TAMEIKA GRAY-daughter,

                 Defendants.

--------------------------------------------------------X

FEUERSTEIN, J:

       **TRANSFER ORDER**
15-CV-5565 (SJF)(GRB)

      On September 18, 2015, *pro se* plaintiff Pamela M. Gray ("Plaintiff") filed a complaint against defendants Bonnie Cohen, Jacques Hume, Vivian Bone, and Tameika Gray, accompanied by an application to proceed *in forma pauperis*.   Plaintiff resides in the Bronx, New York. (Compl. at 2).   Plaintiff alleges that defendants Cohen, Hume, and Bone reside in the Bronx, and that defendant Tameika Gray resides in New York, New York.   (*Id.* at 2-3).   Plaintiff alleges that the incident giving rise to her claim(s) "happen[ed] at New York Foundling Home … [in] East Bronx[,] New York 10468."   (*Id.* at 5).

      28 U.S.C. § 1391(b) provides that a civil action may be brought in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the same State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

Given Plaintiff's allegations that all defendants reside in either the Bronx or New York City, and that the events giving rise to Plaintiff's claim(s) allegedly took place in the East Bronx, the Clerk of Court is hereby directed to transfer this action to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1406(a).   No summons shall issue from this Court and a ruling on Plaintiff's application to proceed *in forma pauperis* is reserved for the transferee Court.

**SO ORDERED.**


<u>*s/ Sandra J. Feuerstein*</u>
Sandra J. Feuerstein
United States District Judge


Dated: April 14, 2016
        Central Islip, New York

2